|  |  |
|---|---|
| v. | Civil Action No. 09-cv-2530 |
| In Re: REPROS THERAPEUTICS, INC., JOSEPH PODOLSKI, PAUL LAMMERS, and LOUIS PLOTH, JR., | |
| Defendants. | ORDER |

WHEREAS, on August 7, 2009, *Berry v. Repros Therapeutics, Inc.*, No. 09-cv-02530 (S.D. Tex.) (the "*Berry* Action"), a class action complaint, was filed asserting violations of Sections 10(b) and 20(a) of the Exchange Act, on behalf of a class (the "Class") of all persons who purchased the common stock of Repros Therapeutics, Inc. ("Repros" or the "Company") between July 1, 2009 and August 3, 2009 (the "Class Period");

2

WHEREAS, on August 7, 2009, notice was published over BUSINESSWIRE, advising investors of the filing of the *Berry* Action, the claims asserted therein on their behalf, and their right to move this Court to be appointed lead plaintiff no later than October 6, 2009.

WHEREAS, on August 14, 2009, *Medina v. Repros Therapeutics, Inc.*, No. 09-cv-02594 (the "*Medina* Action") was filed. On September 25, 2009, *Simpson v. Repros Therapeutics, Inc.*, No. 09-cv-3127 (the "*Simpson* Action") was filed. Both these actions assert substantially similar claims as those in the *Berry* Action;

WHEREAS, Mr. Wong filed a timely motion to be appointed Lead Plaintiff of a class of all persons who purchased Repros common stock during the Class Period;

WHEREAS, Mr. Wong has the largest financial interest of any proposed lead plaintiff in the relief sought by the Class;

WHEREAS, Mr. Wong otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, Mr. Wong has sought approval of his selection of the law firms of Murray, Frank & Sailer LLP as Lead Counsel and Emerson Poynter LLP as Liaison Counsel for the Class;

**IT IS HEREBY ORDERED** as follows:

1. *Berry*, *Medina*, and *Simpson* Actions are consolidated under the caption *In re Repros Therapeutics, Inc. Securities Litigation*, No. 09-cv-2530;

2. Mr. Wong is appointed Lead Plaintiff of the Class of all persons who purchased Repros common stock between July 1, 2009 and August 3, 2009; and

3. Mr. Wong's selection of Murray, Frank & Sailer LLP as Lead Counsel and Emerson Poynter LLP as Liaison Counsel for the Class is approved.

**SO ORDERED**

_____
United States District Judge
Hon. Vanessa D. Gilmore

DATED  Dec. 4, 2009